IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**SUNSHINE RETIREMENT LIVING LLC,**

      Plaintiff,

      v.

**ASSUREDPARTNERS OF OREGON, LLC,**

      Defendant.

**Case No. 6:23-cv-00241-MC**

**JUDGMENT**

**MCSHANE, Judge**:

    Based on the record, this case is dismissed with prejudice and without attorney fees or costs.

IT IS SO ORDERED.

    DATED this 28th day of June, 2023.

                              _____/s/ Michael J. McShane_____
                                  Michael McShane
                                United States District Judge